Tom Weathered, Bar No. 115207
999 16th Street, #7
San Francisco, CA 94107
Tel. (415) 865-0399

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EMEONYE | Case No. 04-03386 SC |
| Plaintiff | STIPULATION AND ORDER |
| v. | FOR SUBSTITUTION OF |
| JOANN BARNHART, Commissioner, | PARTY (DEATH OF NAMED PLAINTIFF) |
| Social Security Administration | (FRCiv.P., Rule 25(a), Local Rule 7-12 ) |
| Defendant | (No hearing scheduled) |

## STIPULATION

The parties to this action, by and through their attorneys of record, hereby STIPULATE AS FOLLOWS:

Named Plaintiff Victor Emeonye is deceased. His surviving child, Thelma Brittany Emeonye, a minor child, with her mother, Connie Turner, as Guardian Ad Litem, may be substituted in his stead as named Plaintiff in this action. Nothing in this stipulation shall be construed as an admission of any issue regarding the merits of this action or Plaintiffs' claim for benefits under the Social Security Act.

Date:_____8/13/07_____           _____/s/_____
                                        Tom Weathered, Attorney for Plaintiff

Case No. 04-03386 SC
MOTION FOR SUBSTITUTION OF
PARTY (DEATH OF NAMED PLAINTIFF)   1

Date: __8/13/07__

_____/s/_____
Geralyn Gulseth, Attorney for Defendant
Commissioner, Social Security Admin.

ORDER

Having reviewed Plaintifs Motion for Substitution of Party and the foregoing STIPULATION of the parties, the COURT FINDS that Plaintiffs Motion should be GRANTED. Thelma Brittany Emeonye is hereby substituted as Plaintiff in place of Victor Emeonye, deceased.

Date: __8/13/07__

_____
Samuel Conti, United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

Case No. 04-03386 SC
MOTION FOR SUBSTITUTION OF
PARTY (DEATH OF NAMED PLAINTIFF)   2