| | |
|---|---|
| 1 | TOM F. WEATHERED |
|   | Law Office of Tom Weathered |
| 2 | 999 16th Street, #7 |
|   | San Francisco, CA 94107-2468 |
| 3 | Telephone: (415) 865-0399 |
|   | Attorney For Plaintiff |

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
Donna M. Montano, SBN 165628
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EMEYONE,[1] | ) |
| Plaintiff, | ) CIVIL NO. 04-03386 SC |
| v. | ) JOINT STIPULATION FOR DISPOSTION OF MOTION FOR AWARD OF ATTORNEYS FEES ON THE PLEADINGS AND RECORD |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

On May 15, 2008, Plaintiff filed a Motion for Attorney Fees under the Equal Access to Justice Act (EAJA). The Motion noticed a hearing date of July 11, 2008, at 10:00 a.m. The parties hereby stipulate that this matter be removed from the hearing calendar and submitted for disposition on the pleadings and record. The parties, through their undersigned attorneys, further stipulate that Defendant will file his response to Plaintiff's EAJA Motion on or before May 30, 2008. Plaintiff will then have until June 6, 2008 to file a reply to Defendant's response.

---

[1] T. B. Emeyone was substituted for Victor Emeyone pursuant to the parties stipulation, as approved by the Court on August 14, 2007. Court's Docket, Entry 27.

1
2  DATE: May 20, 2008.
                                                    /s/ Tom F. Weathered*
3                                        _____
                                          TOM F. WEATHERED, ESQ.
4                                         *Via facsimile authorization on 5/19/08
                                          Attorney for Plaintiff
5
6
7  DATE: May 20, 2008.
                                                    /s/ Donna M. Montano
8                                        _____
                                          DONNA M. MONTANO
9                                         Special Assistant United States Attorney
                                          Attorneys for Defendant
10
11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13
14        June 4, 2008                    _____
15                                         SAMUEL CONTI
                                          United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

2